UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                          Case No. 08-45283

TONY McKENZIE,                                                    Chapter 7

        Debtor.                                                            Judge Thomas J. Tucker

_____/

### MEMORANDUM *CORRECTING* THE COURT'S "MEMORANDUM SUPPLEMENTING BENCH OPINION OF MAY 21, 2008 REGARDING LAWYERS TITLE INSURANCE CORPORATION'S MOTION TO MODIFY AUTOMATIC STAY (DOCKET # 17)"

On May 21, 2008, the Court filed a document entitled "Memorandum Supplementing Bench Opinion of May 21, 2008 Regarding Lawyers Title Insurance Corporation's Motion to Modify Automatic Stay (Docket # 17)" (Docket # 24). This Memorandum corrects a typographical error in the May 21, 2008 Memorandum. On the third line of text in the first paragraph of the Memorandum, the word "granting" should be "denying." The May 21, 2008 Memorandum is hereby corrected to reflect this change.

**Signed on September 8, 2008**                    **/s/ Thomas J. Tucker**
                                                                                                      **Thomas J. Tucker**
                                                                                                       **United States Bankruptcy Judge**